# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGARITO OMAR GARCIA**, *et al* <br> *Plaintiffs,* <br><br> v. <br><br> **ZERRIO WINTERS**, *et al* <br> *Defendants.* | CIVIL ACTION <br><br> No.   22-0723 |

## ORDER

**AND NOW**, this **11th** day of **May 2022**, upon consideration of Defendant U.S. Xpress, Inc. and Defendant Zerrio Winters' Motion to Transfer Venue (ECF No. 15), it is hereby **ORDERED** that the Motion is **DENIED**.

                                                     BY THE COURT:

                                                   */s/ Chad F. Kenney* <br>
                                                   **CHAD F. KENNEY, JUDGE**