

2000 Market Street, Suite 1300  T(215) 972-7900
Philadelphia, PA 19103  F(215) 564-7699

January 26, 2023

**VIA ECF AND EMAIL**

Honorable Lynne A. Sitarski
3015 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106
Courtroom 3-E
Chambers_sitarski@paed.uscourts.gov

Direct Dial: (267) 765-4123
Email: jwescoe@wglaw.com

      RE:    **Estate of Roile Garcia v. U.S. Xpress, et al.**
             **U.S. District Court, EDPA, Civil Action No.: 2:22-cv-00723-CFK**

Your Honor:

    We represent defendants U.S. Xpress, Inc. and Zerrio Winters in this matter. We submit this letter with the consent of all parties.

    On December 20, 2022, Your Honor ordered a telephone settlement conference for February 3, 2023. *See* Dkt. 40. On January 12, 2023, the parties jointly requested an extension of all deadlines. *See* Dkt. 41. On January 12, 2023, Judge Kenney granted the motion and extended the deadlines, including a fact discovery deadline of April 17, 2023. *See* Dkt. 43.

    The parties do not believe that settlement is a real possibility at this time. Accordingly, the parties jointly request that the telephone settlement conference be adjourned to a date after the fact discovery deadline of April 17, 2023.

                                          Respectfully submitted,

                                          */s/ James A. Wescoe*

                                          James A. Wescoe

JAW/mdp

cc:    Mr. Gustavo D. Lage, Esquire (via ECF)
        Mr. Patrick T. Henigan, Esquire (via ECF)
        Ms. Meghan F. Henry, Esquire (via ECF)
        Ms. Lindsey E. Ettl, Esquire (via ECF)