IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARITO OMAR GARCIA**, *et al* | : | CIVIL ACTION |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **ZERRIO WINTERS**, *et al* | : | |
| | : | |
| *Defendants*. | : | NO.  22-cv-0723 |

### ORDER

    **AND NOW**, this **26th** day of **June 2023**, upon review of Plaintiffs' Motion to Compel the Deposition of Non-Party Witness Jeffrey Biggs (ECF No. 61), it is hereby **ORDERED** that the Motion is **GRANTED**. It is **further ORDERED** that, within ten (10) days of the date of service of this Order on Witness Jeffrey Biggs via Certified Mail at the location he was served the subpoena, Witness Biggs shall coordinate with the Plaintiffs' counsel a date for the taking of his deposition. Witness Biggs' failure to comply with this Order will result in issuance of a Rule to Show Cause as to why he should not be held in contempt for failure to comply with a validly issued and served subpoena.

                                          BY THE COURT:

                                          /s/ Chad F. Kenney

                                          **CHAD F. KENNEY, JUDGE**