IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARITO OMAR GARCIA**, *et al.*, | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| v. | : | |
| **ZERRIO WINTERS**, *et al.*, | : | |
| *Defendants*. | : | NO. 22-cv-0723 |

## ORDER

**AND NOW**, this **31st day** of **August 2023**, following a Rule to Show Cause hearing on August 30, 2023, for the reasons stated in the accompanying Memorandum, it is **hereby ORDERED** that Plaintiffs' Motion for Civil Contempt Sanctions Against Non-Party Ex-Officer Edward Sulima (ECF No. 80) is **GRANTED.**

As indicated at the Rule to Show Cause hearing and in the accompanying Memorandum, the following contempt sanctions shall be imposed:

1. $2,500 for reasonable expenses incurred by Plaintiffs in preparing, drafting, and filing the motions, as well as preparing for the deposition;
2. $145 for service of the subpoena at the Pittston Township Police Department;
3. $250 for local private investigator;
4. $145 for subsequent non-service of subpoena by process servers;
5. $145 for subsequent service of this Court's Order by process servers;
6. $5 for the certified mail fee of this Court's Order;
7. $170 for Certificate of Non-Appearance fee by Court Reporter; and

1

8. $100/day fine from the date of the Rule to Show Cause Hearing, August 30, 2023, and until Mr. Sulima purges his contempt by scheduling and appearing at a deposition.

Additionally, given the fact that Mr. Sulima has been found in contempt, he is **hereby** disqualified from testifying as an expert witness in any civil case in a federal court within the Eastern District of Pennsylvania until he purges his contempt by scheduling and appearing at a deposition and paying the monetary sanctions imposed. If Mr. Sulima does not purge his contempt, this disqualification will continue after conclusion of this case until Mr. Sulima satisfies payment of the monetary sanctions.

After this case is resolved, either by verdict or settlement, Plaintiffs shall file a request for final monetary sanction against Mr. Sulima and the Court will issue an order as to the final monetary amount of contempt sanctions at that time.

Plaintiffs' counsel shall personally serve copies of this Order, and the accompanying Memorandum, upon Mr. Sulima by U.S. Mail and Certified Mail Return Receipt Requested. Proof of the same must be filed on or before **September 14, 2023 by 12:00 p.m.**

                **BY THE COURT:**

                /s/ Chad F. Kenney
                _____
                **CHAD F. KENNEY, JUDGE**